# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# ROCK HILL DIVISION

| | |
|---|---|
| Patrick D. Cottingham, ) | C/A No.: 0:17-cv-01833-TLW |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| Nancy A. Berryhill, ) | |
| Acting Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

This matter comes before the Court on Plaintiff Patrick Cottingham's motion for attorney's fees pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d). ECF No. 30. Plaintiff initially sought reimbursement for counsel's representation in the above-captioned matter in the amount of $10,295.13 in attorney's fees. However, the parties then filed a stipulation in which the Commissioner agreed to a fee award of $7,000.00. ECF No. 31.

Having reviewed the file and being fully advised, the Court hereby **ORDERS** that the stipulation for the award of attorney's fees pursuant to the EAJA, ECF No. 31, is **APPROVED**, and the Commissioner is ordered to award Plaintiff $7,000.00 in attorney's fees, less the amount of any federal debts owed by Plaintiff. Although the EAJA fee award should be paid to Plaintiff rather than to his attorney pursuant to *Astrue v. Ratliff*, 560 U.S. 586, 595–98 (2010), the check itself should be mailed directly to Plaintiff's attorney.

**IT IS SO ORDERED.**

                                                                                                              _s/Terry L. Wooten_
                                                                                                              Terry L. Wooten
February 6, 2019                                              Chief United States District Judge
Columbia, South Carolina